NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CSB #267196**
Assistant United States Attorney
Katherine.Rykken@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:22-cr-00280-MO** |
| **v.** | **MOTION TO UNSEAL SUPERSEDING INDICTMENT AND WARRANTS FOR A LIMITED PURPOSE** |
| **ANDRII LEONYDOVICH PRYKHODCHENKO, aka "Martin," aka "Keyser Soze"; OLEG NIKOLAYEVICH LYULYAVA, aka "Oleh Liuliava," aka "kuluary,"aka "pilemon," aka "pilya"; KAREN SEROBOVICH VARDANYAN, aka "Karl Lagerfeld," aka "Maneeken"; and LEVON GEORGIYOVYCH AVETISYAN, aka "Amet," aka "TCP,"** | **UNDER SEAL** |
| **Defendants.** | |

The United States of America moves this Court for an order unsealing the

Superseding Indictment and Warrants issued in this case for the limited purpose of disclosing

them to law enforcement personnel, including foreign legal authorities, in connection with the

performance of their duties and for the purpose of locating, arresting, transporting and/or

**Motion to Unseal Superseding Indictment and Warrants for a                    Page 1
Limited Purpose**

extraditing the defendants and to continue investigating the criminal conduct of the named defendants and any co-conspirators.

All of the named defendants are believed to reside outside the United States. The United States plans to contact foreign authorities as well as INTERPOL to make efforts to apprehend the defendants. Although disclosure of a sealed warrant for purposes of arrest is generally proper, undersigned counsel has learned that INTERPOL, and other foreign authorities, prefer specific authorization when receiving a sealed warrant and charging document. Further, if any defendant is arrested outside of the United States, disclosure to foreign law enforcement and governments may be necessary to effectuate the transport (through formal extradition or otherwise) of defendants to the United States. The United States plans to redact the Superseding Indictment as appropriate to remove unapprehend defendants as well as sensitive information. As such, the United States respectfully requests that the Court enter the submitted order. Further, the United States asks that the Superseding Indictment and Warrants otherwise remain sealed and that the case itself remain under seal.

Dated: September 11, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CSB #267196
Assistant United States Attorney

**Motion to Unseal Superseding Indictment and Warrants for a Limited Purpose**                                                 **Page 2**