AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

United States of America
v.

KAREN SEROBOVICH V ARDANYAN,
aka "Karl Lagerfeld," aka "Maneeken" et al

_____
*Defendant*

)
)
)
)
)
)
)

Case No.    3:22-cr-00280-MO-3

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KAREN SEROBOVICH VARDANYAN, aka "Karl Lagerfeld," aka "Maneeken" ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy
Fraud in Connection with Computers
Extortion in Connection with Computers

Date: 02/22/2024

City and State:    Portland, OR

s/S. Behrends
*Issuing officer's signature*

S. Behrends, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/20/2025 , and the person was arrested on *(date)* 6/20/2025
at *(city and state)* Portland, OR .

Date: 6/20/2025

*Arresting officer's signature*

Stephen Roberts, Special Agent
*Printed name and title*